## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr>
<td>

**RAMON ANTONIO RIVAS FERRERA**, *et al., individually and on behalf of all others similarly situated*,

        Plaintiffs,

        v.

**FOULGER-PRATT CONSTRUCTION INC.**, *et al.*,

        Defendants.

</td>
<td>

Case No. 1:24-cv-00262 (TNM)

</td>
</tr>
</table>

### <u>ORDER</u>

Upon consideration of the parties' Joint Motion to Approve Settlement (ECF No. 19), and for good cause shown as further explained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the parties' [19] Joint Motion to Approve Settlement is GRANTED, and the Court APPROVES the executed Settlement Agreement (ECF No. 19-2) between the parties. It is further

**ORDERED** that the settlement proceeds shall be distributed pursuant to the Settlement Agreement, as follows:

    a. Paying Plaintiffs' counsel's Court-approved attorneys' fees and costs, as described in the Settlement Agreement, within 30 days after this Order is issued;

    b. Distributing Service Awards of $5,000 to each of the four Named Plaintiffs within 30 days after this Order is issued;

c.  Distributing the Individual Settlement Checks to the Participating Collective

Members within a reasonable amount of time after they join the Litigation, and as

described in the Settlement Agreement; and

d.  Distributing the balance of the Qualified Settlement Fund to Participating Collective

Members within 60 days of the Bar Date.

It is further

**ORDERED** that this Court GRANTS Plaintiffs' attorneys' fees and costs as set forth in

the Settlement Agreement.  It is further

**ORDERED** that this Court retains jurisdiction over this matter to enforce this Settlement

Agreement.

**SO ORDERED**.

The Clerk of Court is requested to close this case.


Dated: August 26, 2024                                     _____

                                                          TREVOR N. McFADDEN, U.S.D.J.